UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 3:05cr00048 AS |
| ) | |
| ANTHONI SMITH, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER

This Court takes note of the proceedings held on March 3, 2006 and especially the sentencing memorandum that was entered on that date. The Court has had an opportunity to reflect on the contents of that Memorandum and has decided to let it stand without modification. Certainly no disrespect is meant to the able counsel of this defendant in this regard.

Date: March 13, 2006

                                           **S/ ALLEN SHARP**
                                           **ALLEN SHARP, JUDGE**
                                           **UNITED STATES DISTRICT COURT**